IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 11-00845 CW |
|     Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| JOSE O. GARCIA, | |
|     Defendant. / | |

    Pursuant to 28 U.S.C. § 636(b)(1)(B), IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Chen for a Report and Recommendation regarding the enforcement of the summons. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/15/2011

/s/ Claudia Wilken
CLAUDIA WILKEN
United States District Judge

cc: Sue, EMC