UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C11-0845 CW (EMC) |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| JOSE O. GARCIA, | |
| Respondent. | |
| _____/ | |

Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Jose O. Garcia. Having reviewed the petition, this Court hereby orders Mr. Garcia to show cause why the IRS summons should not be enforced.

Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Mr. Garcia no later than March 23, 2011. Service shall comply with Federal Rule of Civil Procedure 4. Mr. Garcia shall have until April 13, 2011, to file a written response to this order to show cause supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Section 1746. Petitioners may file a reply by April 20, 2011.

The parties shall appear before the Court for a hearing on this matter on **April 27, 2011 at 3:00 p.m.,** Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: March 16, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge